### STATE v. BERTHA PRUITT.

(Filed 18 March 1964.)

APPEAL by defendant from *Clarkson, J.,* October 28, 1963 Regular Criminal Session of MECKLENBURG.

Criminal action. The indictment charges defendant with the murder of one Willie James Nelson. The State did not seek a conviction of murder in the first degree. The jury returned a verdict of guilty of murder in the second degree. From judgment thereon imposing a prison sentence, defendant appeals.

*Attorney General Bruton and Deputy Attorney General McGalliard for the State.*
*Bailey & Booe and William L. Stagg for defendant.*

PER CURIAM. Defendant admits that she shot deceased with a pistol, but contends that in so doing she was acting in the proper defense of her person, that deceased was assulting her with a knife while they were in an automobile and she had no means of safe retreat.

Defendant excepts to portions of the judge's charge, particularly to certain instructions relating to defendant's plea of self-defense. The challenged instructions involve no novel or unusual applications of law. When considered in context and in the light of the evidence they do not constitute prejudicial error and could not have misled the jury. The instructions are in substantial accord with the repeated pronouncements of this Court. *State v. Washington,* 234 N.C. 531, 67 S.E. 2d 498, and authorities therein cited.

No error.